```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SHAWMUT WOODWORKING & SUPPLY, INC.       :
d/b/a SHAWMUT DESIGN AND CONSTRUCTION,   :
                                         :    20cv2289 (DLC)
                      Plaintiff,         :
                                         :         ORDER
            -v-                          :
                                         :
STARBUCKS CORPORATION d/b/a STARBUCKS    :
COFFEE COMPANY,                          :
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 7, 2020, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  On April 30, 2020, the plaintiff filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendant's April 7 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint by **May 22, 2020**.  If the defendant renews its motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **June 12**.  Defendant shall file any

reply by **June 26.**

    SO ORDERED:

Dated:    New York, New York
            April 30, 2020

                                    DENISE COTE
                         United States District Judge