UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWMUT WOODWORKING & SUPPLY, INC. d/b/a SHAWMUT DESIGN AND CONSTRUCTION )
)
)
)
)
Plaintiff, )
)
v. )
)
STARBUCKS CORPORATION d/b/a )
STARBUCKS COFFEE COMPANY )
)
Defendant. )
)

Case No.: 20-cv-2289 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2020

## [PROPOSED] REVISED SCHEDULING ORDER

Plaintiff, Shawmut Woodworking & Supply, Inc. d/b/a Shawmut Design and Construction ("Shawmut"), and the defendant, Starbucks Corporation d/b/a Starbucks Coffee Company ("Starbucks"), conferred and jointly submit this proposed Revised Scheduling Order in this action.

1. The parties shall depose Thad Luse, Jill Enomoto, Michael Amore and John Tobin on mutually agreeable dates and times on or before January 15, 2021.

2. The parties shall participate in private mediation in January 2021, and if necessary, a second mediation session on or before February 12, 2021.

3. All fact discovery must be completed by May 26, 2021.

4. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by June 16, 2021. Defendant's identification of experts and disclosures of expert testimony must occur by July 7, 2021.

5. All discovery must be completed by August 4, 2021.

6. The Joint Pretrial Order must be filed by August 31, 2021. *There shall be no further adjournment of the 8/31/21 date.*

*Denise Cote*
*Nov. 5, 2020*

105737\000018\3576070.v1