```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SHAWMUT WOODWORKING & SUPPLY, INC.       :    20cv2289(DLC)
d/b/a SHAWMUT DESIGN AND CONSTRUCTION,   :
                                         :         ORDER
                            Plaintiff,   :
             -v-                         :
                                         :
STARBUCKS CORPORATION d/b/a STARBUCKS    :
COFFEE COMPANY,                          :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 26, 2021, the defendant filed a letter with the Court regarding a discovery dispute involving nonparty United Air Conditioning Corporation's ("United") alleged noncompliance with a subpoena. It is hereby

ORDERED that a telephone conference regarding this dispute is scheduled for **April 29, 2021** at **3 pm**. Counsel for the defendant shall have all parties, including United, on the line and call chambers at 212-805-0202.

IT IS FURTHER ORDERED that counsel for the defendant shall advise United of this Order.

Dated:    New York, New York
          April 27, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge