UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SHAWMUT WOODWORKING & SUPPLY INC.     :   20cv2289(DLC)
d/b/a SHAWMUT DESIGN AND CONSTRUCTION,:
                                      :   ORDER OF
                          Plaintiff,  :   DISCONTINUANCE
             -v-                      :
                                      :
STARBUCKS CORPORATION d/b/a STARBUCKS :
COFFEE COMPANY,                       :
                          Defendant.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **August 31, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         August 19, 2021

                                  _____
                                         DENISE COTE
                                  United States District Judge